

**Registered Mail Receipt (PS Form 3806)**

- Date Stamp: 2009
- Customer Must Declare Full Value: $15,000.00
- Received by: L. Davis

FROM:
FRED W. HARRIS
41 HIGHBURY Rd.
CHESWICK Pa. 15024

TO:
BANK OF AMERICA
ATT. PAYOFF DEPT. N.C.4-105-01-40
4161 PIEDMONT PARKWAY
GREENSBORO N.C. 27410

---

**USPS Sales Receipt**

INDIANOLA MPO
INDIANOLA, Pennsylvania
150511010
4166050254 -C098
11/20/2009 (412)767-4791 01:44:44 PM

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| GREENSBORO NC 27410 Zone-3 First-Class Letter 0.40 oz. | | | $0.44 |
| Return Rcpt (Green Card) | | | $2.30 |
| Registered | | | $33.35 |
| Insured Value: | | | $15,000.00 |
| Article Value: | | | $15,000.00 |
| Label #: RA353442975US | | | |
| Issue PVI: | | | $36.09 |
| 44c #10 Seabiscuit Envelope | 1 | $0.54 | $0.54 |

Total: $36.63

Paid by:
Cash       $37.03
Change Due:   -$0.40

Save this receipt as evidence of insurance. For information regarding domestic insurance, visit our website at usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Bill#: 1000200913134
Clerk: 02

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
*********************************************
*********************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

---

**Cashier's Check — Customer Copy**

No. 9528
Date: November 20, 2009

Pay to the Order of: Bank of America

Sixty-Nine Thousand Six Hundred Fifty-Eight and 65/100**********

Amount $ ****69,658.65

Memo: 8711673389 Paid Full
Acc# 621478464 As of 11-16-09 New Acc No

CASHIER'S CHECK
NON-NEGOTIABLE
Authorized Signature

DOLLARS